Commonwealth ex rel. McGill, Appellant, v.
Russell.

Submitted November 8, 1965.

*Charles T. McGill,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.